No. 5,895.—STATE EX REL. JOHN B. TANSIL, COUNTY ATTORNEY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* addressed to the District Court of the Thirteenth Judicial District in and for the County of Yellowstone, and Robert C. Stong, a Judge

thereof, to review an order made by respondents suppressing certain evidence in a cause entitled, *State of Montana, Plaintiff,* v. *Sam C. Ehrlick, Defendant.*

Decided February 2, 1926.

PER CURIAM.—Relator's application for a writ of review is denied.

*Mr. L. A. Foot, Attorney General,* and *Mr. S. R. Foot,* Assistant Attorney General, for Relator.